## Gateway Securities Company, Appellee, v. Ermie Schultz, Appellant.

Gen. No. 42,796.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. John B. King and Herbert M. Wetzel, for appellant; Lawson, McNally & Tuohy, for appellee; Thomas J. McNally, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

## Geneva West and Ronald West, Appellees, v. Samuel Porritt, Jr., Appellant.

Gen. No. 9,902.

Heard in this court at the October term, 1943; opinion filed January 26, 1944. Clarence W. Heyl and Burrel Barash, for appellant; Nelson & Gustafson, for appellees. Opinion by JUSTICE WOLFE. Not to be published in full.